DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br>　BRIAN and TARA HAUB<br>　2216 FREMONT DRIVE<br>　SANTA ROSA, CA 95409<br><br>　###-##-1441  ###-##-0316<br>　　　　　　Debtor(s). | Case No.: 10-1-3397AJ13<br>Chapter 13<br><br>NOTICE BY DAVID BURCHARD, CHAPTER 13<br>TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES |

**341 MEETING OF CREDITORS:**
Date:　　10/04/2010
Time:　　12:00 PM
Place:　　Office of the United States Trustee
　　　　　777 Sonoma Ave., First Floor, #116
　　　　　Santa Rosa, CA  95404

**CONFIRMATION HEARING:**
Date:　　11/15/2010
Time:　　1:30 PM
Place:　　United States Bankruptcy Court
　　　　　99 South E Street
　　　　　Santa Rosa, CA  95404

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, cannot recommend Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. Schedule J indicates the debtors' monthly expenses are $5,005.00, including the plan payment, while Schedule I lists net monthly income totaling $4,063.00. The Trustee questions the feasibility of the debtors being able to make the plan payments under these circumstances. 11 U.S.C.§1325(a)(6) provides that a plan cannot be confirmed if the debtor will be unable to make plan payments.

2. The Trustee is in receipt of payment advices that appear incomplete. The Trustee requests that debtors' counsel provide payment advices for Mrs.Haub for the months of May through August 2010, or, in the alternative, a filed debtor's declaration that details why these advices cannot be provided.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case, Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations.

Dated: September 23, 2010　　　　　　　DAVID BURCHARD_____
　　　　　　　　　　　　　　　　　　　　DAVID BURCHARD, Chapter 13 Trustee

Certificate of Mailing

I, WENDY KARNES, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| BRIAN and TARA HAUB | DANIEL B. BECK |
| 2216 FREMONT DRIVE | BECK LAW, P.C. |
| SANTA ROSA, CA 95409 | 2681 CLEVELAND AVE. |
| | SANTA ROSA, CA 95403 |

United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Dated: September 23, 2010                    WENDY KARNES
                                             WENDY KARNES